UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                                        Civil Action No:
                                        1:24-cv-1373

                        Plaintiff,

-v.-

Louis Tannen, Inc,

                        Defendants.

------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 9, 2024                                         Respectfully Submitted,

                                                                         /s/Mark Rozenberg
                                                                         Mark Rozenberg, Esq.
                                                                         **Stein Saks, PLLC**
                                                                         One University Plaza, Suite 620
                                                                         Hackensack, NJ 07601
                                                                         mrozenberg@steinsakslegal.com
                                                                         Tel. 201-282-6500
                                                                         Fax 201-282-6501
                                                                         *Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 9th day of July, 2024                    Respectfully Submitted,

                                              /s/ Mark Rozenberg
                                              Mark Rozenberg

SO ORDERED.

                                              /s/
                                              Robert M. Levy
                                              United States Magistrate Judge

Dated: Brooklyn, New York
September 26, 2024